UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TRAVIS WIDNER,  Case No. 20-CV-1671 (PJS/JFD)

Plaintiff,

v.  ORDER OF DISMISSAL

DUNHAM'S ATHLEISURE CORPORATION,

Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on January 25, 2023, 2023 [ECF No. 91],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: January 25, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court